# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | |
| Plaintiff, | CIVIL ACTION NO. 2:12-CV-06798 |
| v. | BEFORE:  The Hon. Legrome D. Davis |
| SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## REEXAMINATION STATUS REPORT BY SAMSUNG ELECTRONICS AMERICA, INC.

Pursuant to the Court's October 29, 2013 Order (ECF No. 35), Defendant Samsung Electronics America, Inc. ("Samsung") hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents.  For reference, the asserted patents and reexamination control numbers are listed below:

| Patent | PTO Control No. | Reexamination Initiation Date |
|---|---|---|
| 7,489,423 | 90/013,207 | Reexamination Ordered June 4, 2014 |
| 6,894,811 | 90/013,208 | Reexamination Ordered June 19, 2014 |
| 8,040,574 | 90/013,209 | Reexamination Ordered June 4, 2014 |
| 8,294,915 | 90/013,210 | Reexamination Ordered June 4, 2014 |

U.S. Patent No. 7,489,423 ("the '423 patent") is under reexamination at control number 90/013,207.  On July 19, 2016, the Patent Trial and Appeal Board rendered a decision in which it reversed the Examiner's rejections.  A Notice of Intent to Issue Ex Parte Reexamination Certificate issued on August 26, 2016.

U.S. Patent No. 6,894,811 ("the '811 patent") is under reexamination at control number 90/013,208.  On July 19, 2016, the Patent Trial and Appeal Board rendered a decision in which it

reversed the Examiner's rejections.  A Notice of Intent to Issue Ex Parte Reexamination Certificate issued on August 26, 2016.

U.S. Patent No. 8,040,574 ("the '574 patent") is under reexamination at control number 90/013,209. On June 8, 2016, the Patent Trial and Appeal Board rendered a decision in which it reversed the Examiner's rejections.  A Notice of Intent to Issue Ex Parte Reexamination Certificate issued on August 26, 2016.

U.S. Patent No. 8,294,915 ("the '915 patent") is under reexamination at control number 90/013,210.  An advisory action issued in the reexamination of the '915 patent on July 30, 2015 in which claims 1-4, 6-12, 14, and 15 were rejected. On June 15, 2016, the Patent Trial and Appeal Board rendered a decision in which it reversed the Examiner's rejections.

Dated:  September 16, 2016

Respectfully submitted,

/s/ J. Kevin Murray
J. Kevin Murray (*Pro Hac Vice*)
Mark Samuels (*Pro Hac Vice*)
Ryan K. Yagura (*Pro Hac Vice*)
Xin-Yi Zhou (*Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Gary A. Rosen (GAR-4397)
LAW OFFICES OF GARY A. ROSEN, P.C.
63 West Lancaster Avenue, Suite 1
Ardmore, PA 19003
Telephone: (610) 658-8790
Facsimile: (610) 658-8792

*Attorneys for Defendant Samsung Electronics America Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 16, 2016. The document is available for viewing and may be downloaded from the Court's ECF system. All other counsel of record will be served via facsimile or first class mail.

>  /s/ J. Kevin Murray
>  J. Kevin Murray